UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re:

Joseph Arthur Curnane II

Debtor.

Case no.: 16-12313

Chapter 7

### DEBTOR'S MOTION TO RECONSIDER WAIVER OF FILING FEE

To The Hon. Melvin S. Hoffman:

Debtor requests a reconsideration of the filing fee waiver. Mr. Curnane's income (social security and SNAP) is below 150% of the Federal poverty line, and as such, respectfully requests that the filing fee be waived. Mr. Curnane has underestimated his monthly expenses, and has exhausted his income for the month of June.

In the alternative, Mr. Curnane respectfully requests that the payment plan be modified. Mr. Curnane expects his next Social Security check on July 20, 2016.

Wherefore, the Debtor respectfully requests that the Court grant the waiver of filing fee, or in the alternative, modify the payment plan schedule.

Michelle E. Lewis
Counsel for Debtor
Law Office of Michelle E. Lewis
650 Beacon Street, 4th Floor
Boston, MA 02215
Phone: (617) 419-6475
Fax: (617) 830-9751
mlewis@michellelewislaw.com

Dated: June 24, 2016

*[Margin annotation:] 06/28/2016 THE COURT SHALL CONSIDER THIS MOTION TO RECONSIDER UPON THE FILING ON OR BEFORE JULY 5, 2016 OF AMENDED SCHEDULES WHICH SUPPORT THE REPRESENTATIONS IN THE MOTION, FAILING WHICH THE MOTION WILL BE DENIED. /s/ Melvin S. Hoffman*