UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Joseph Arthur Curnane, II | Chapter: 7 |
| | Debtor, | Case No: 16–12313 |
| | | Judge Melvin S. Hoffman |

## ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

A Corrective Entry has been made by the Court to document number **21–24** which was filed by you on **JULY 1, 2016** in the above referenced case. Expedited action is required to address this problem.

You are hereby **ORDERED** to file the required document(s) listed below within two (2) business days of the date of this order.

☐ **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with the correct and readable PDF using the original event.

☐ **Document is titled incorrectly.** Please re–file electronically with the correct title.

☑ **Document Docketed using wrong event.** Please re–file electronically using correct event. **Must file amended schedules using correct event (amended schedules are not filed under "mtn to amend" event). Refile docs. under "Bankruptcy," "Misc/Other," "Amended/Supplemental Schedules."**

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐ **Document is unsigned or information is missing.** Registered ECF Users may sign "/s/YOUR NAME". Non–registered users **must** provide a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☐ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically using the following separate docketing events. **Must file amended schedules using correct event (amended schedules are not filed under "mtn to amend" event). Refile docs. under "Bankruptcy," "Misc/Other," "Amended/Supplemental Schedules."**

☐ **Case association incorrect.** Please check for proper association and re–file electronically.

☐ **The amount disclosed to the Court on the docket is inconsistent with the amount reported in Director's Form 2030 Disclosure of Compensation of Attorney for Debtor.** Please file an Amended Disclosure of Compensation to correct or clarify the discrepancy.

☐ **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

☑ **Other: Also missing: 1. Certificate of Service showing all parties in interest noticed; 2. missing Amended Schedule C; 3. missing Amended Declaration of Schedules (be sure to check off "amended" box at top of all amended forms). See MLBR 1009–1.**

**FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:7/1/16

By the Court,

Cynthia Martin
Deputy Clerk
617–748–5332

25 – 21, 22, 23, 24