# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

Joseph Arthur Curnane

Chapter 7
Case No. 16-12313 -MSH

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

Upon consideration of the amended schedules filed in response to the Court's order of June 28, 2016 (Doc. 18), the Motion to Reconsider is DENIED for the same reasons set forth in the Court's order of June 20, 2016 (Doc. 10).

By the Court,

_(signature)_

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: July 6, 2016