United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 16-12313-msh
Joseph Arthur Curnane, II                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: cmartin          Page 1 of 1              Date Rcvd: Jul 06, 2016
                             Form ID: pdf012         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2016.
db            +Joseph Arthur Curnane, II,   1 Michelangelo Street, #M-306,   Boston, MA 02113-1119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2016 at the address(es) listed below:
        John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
        Joseph G. Butler    JGBBarron@yahoo.com,  MA41@ecfcbis.com
        Michelle  Lewis    on behalf of Debtor Joseph Arthur Curnane, II mlewis@michellewislaw.com
                                                                        TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

  Joseph Arthur Curnane

                                              Chapter 7
                                              Case No. 16-12313  -MSH


                 Debtor
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**


Upon consideration of the amended schedules filed in response to the Court's order of June 28, 2016
(Doc. 18), the Motion to Reconsider is DENIED for the same reasons set forth in the Court's order of
June 20, 2016 (Doc. 10).


                                    By the Court,


                                    _____

                                     Melvin S. Hoffman
                                     United States Bankruptcy Judge

Dated: July 6, 2016